No. 1055, Misc.  CUMMINGS v. BENNETT, WARDEN. C. A. 8th Cir.   Certiorari denied.

No. 1065, Misc.  GARY v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 1069, Misc.  PERRY v. RONAN ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 1073, Misc.  HICKS v. NEW YORK.   Appellate Division, Supreme Court of New York, Second Judicial Department.   Certiorari denied.

No. 1084, Misc.  CHANDLER v. PEYTON, PENITENTIARY SUPERINTENDENT.   Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 1085, Misc.  NASTASIO, ALIAS NOLETTI, v. ILLINOIS. Supreme Court of Illinois.   Certiorari denied.

No. 1090, Misc.  JONES v. CALIFORNIA.   District Court of Appeal of California, Second Appellate District.   Certiorari denied.   *Fred Okrand* for petitioner.

No. 1092, Misc.  HARRISON v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox* for the United States.

No. 1094, Misc.  KIMBALL v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Ben S. Atkins* for petitioner. *Solicitor General Cox* for the United States.